UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 21-cv-23787-SMITH/DAMIAN

ANGELIQUE CHAPPELL,

    Plaintiff,

CARNIVAL CORPORATION,
a Panamanian Corporation d/b/a
CARNIVAL CRUISE LINE,

    Defendant,
_____/

## NOTICE OF SETTLEMENT

Defendant, Carnival Corporation ("Carnival"), notify the Court and all interested parties that the Parties have agreed to a settlement of this matter. Each of the Parties will bear their own attorneys' fees and costs. The Parties will submit a Joint Stipulation of Dismissal with Prejudice and request 60 days in which to do so.

    Respectfully submitted,

MASE SEITZ BRIGGS, P.A.
*Attorneys for Defendant*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone: (305) 377-3770
Facsimile: (305) 377-0080

By:  */s/ Garrett P. Keane*
    WILLIAM R. SEITZ
    Florida Bar No. 73928
    wseitz@maselaw.com
    GARRETT P. KEANE
    Florida Bar No. 1010256
    gkeane@maselaw.com