UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23787-CIV-SMITH

ANGELIQUE CHAPPELL,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Parties' Stipulation of Dismissal With Prejudice [DE 79], indicating that Plaintiff's claims against Defendant have been resolved. Upon consideration it is

    **ORDERED** that:

    1.    Plaintiff's claims against Defendant are **DISMISSED with prejudice.**

    2.    All pending motions are denied as moot.

    3.    This case is **CLOSED**.

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 31st day of October 2023.

*/s/ Rodney Smith*
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc Counsel of record